DANIEL J. BRODERICK, #89424
Federal Defender
PEGGY SASSO, Bar #228906
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MARK LOBELLO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 1:10-cr-0120 LJO |
| ) | |
| Plaintiff, ) | WAIVER OF DEFENDANT'S PERSONAL |
| ) | PRESENCE AT PRETRIAL PROCEEDINGS; |
| v. ) | ORDER THEREON |
| ) | |
| MARK LOBELLO, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Pursuant to F. R. Crim. P. 43(b)(2) and (3), Defendant, Mark LoBello, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court proceed in his absence on every occasion that the Court may permit, pursuant to this waiver. Defendant agrees that his interests shall be represented at all times by the presence of his attorney, the Office of the Federal Defender for the Eastern District of California, the same as if Defendant were personally present, and requests that this court allow his attorney-in-fact to represent his interests at all times. Defendant further agrees that notice to defendant's attorney that defendant's presence is required will be deemed notice to the defendant of the requirement of his appearance at said time and place.

///

///

///

This request is made pursuant to Fed.R.Crim.Proc. 43(b)(3).

DATED: April 13, 2010

/s/ Mark Lobello
MARK LOBELLO
3345 Turtle Vista Circle
Las Vegas, NV 89117

DATED: April 13, 2010

/s/ Peggy Sasso
PEGGY SASSO
Assistant Federal Defender
Attorney for Defendant

# **O R D E R**

GOOD CAUSE EXISTS.   Defendant's appearance is waived at any and all non-substantive pretrial proceedings until further order.

IT IS SO ORDERED.

**Dated:   May 5, 2010**                          /s/ Lawrence J. O'Neill
                                                    UNITED STATES DISTRICT JUDGE