BENJAMIN B. WAGNER
United States Attorney
KEVIN P. ROONEY
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:10-CR-00120 LJO |
| Plaintiff, | |
| | ORDER TO DISMISS |
| | (Fed. R. Crim. P.  48(a)) |
| v. | |
| MARK LOBELLO, | |
| Defendant. | |

This matter having come before the court pursuant to a written order to dismiss the

Indictment with prejudice, pursuant to Federal Rule of Criminal Procedure 48(a);

IT IS ORDERED that the indictment be dismissed without prejudice as to this defendant.

IT IS SO ORDERED.

**Dated:   October 30, 2011**          /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE